# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

SPRINT NEXTEL CORPORATION, *et al*,

Plaintiffs,

v.

ACE WHOLESALE, INC *et al*,

Defendants.

Case No.: 2:14-cv-02119-RFB-VCF

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH**

Before the Court for consideration is the Report and Recommendation (ECF No. 9) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered April 17, 2015.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

. . .

Pursuant to Local Rule IB 3-2(a), objections were due by May 4, 2015.  No objections have been filed.  The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s) that Worldwide Mobile Trading be held in Civil Contempt.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 9) is **ACCEPTED and ADOPTED in full**.

**IT IS ORDERED** that Worldwide Mobile Trading is found to be in Civil Contempt.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation.

**DATED** this 20th day of May, 2015.

_____
RICHARD F. BOULWARE, II.
United States District Court Judge