UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SPRING NEXTEL CORPORATION, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>ACE WHOLESALE, INC, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-02119-RFB-VCF<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation ECF No. 32 of the Honorable Cam Ferenbach, United States Magistrate Judge, entered March 10, 2016.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 27, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation ECF No. 32 regarding (ECF No. 20) Order to Show Cause is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that (1) Digitek Telecom, (2) Sol Mobiles Pvt. Ltd., (3) World Mobile Co., (4) Ali Sadaqa Trading LLC, (5) J2 International Ltd., and (6) New Way International Ltd. are held in civil contempt.

**IT IS FURTHER ORDERED** that (1) Digitek Telecom, (2) Sol Mobiles Pvt. Ltd., (3) World Mobile Co., (4) Ali Sadaqa Trading LLC, (5) J2 International Ltd., and (6) New Way International Ltd. shall pay Sprint's reasonable attorney's fees and costs in an amount to be determined by the undersigned. Sprint shall have until **July 14, 2016** to file a motion specifying the amount of attorney's fees and costs it seeks.

**IT IS FURTHER ORDERED** that Rampal Cellular Stockmarket (RCS) is not held in civil contempt at this time.

The Clerk of Court is directed to serve copies of this Order on the following third parties by U.S. Mail:

Digitek Telecom
811 Houston Centre
63 Mody Road, TST East
Hong Kong

Rampal Cellular Stockmarket (RCS)
168 Jabotinsky Road
51361 Israel Kowloon,

Sol Mobiles Pvt. Ltd.
A 204, Kol Dongi CHS
Darsiwada, Sahar Road
Andheri, Mumbai, India 480099

World Mobile Co.
RM2, 11 F Fiu Fung Mansion
18 Austin Avenue, TST
Hong Kong

Ali Sadaqa Trading LLC
Office No 1409, HDS Touers
Jumeirah Lakes Towers
Dubai – UAE

J2 International Ltd.
Flat 703
7/F Harbour Centre Tower 1
No. 1 Hok Cheung Street Hung How, Hong Kong

New Way International Ltd.
New Way International Road
Britania House, Pier Road
Feltamy, TW140TW

DATED: June 23, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**