AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Sprint Nextel Corporation, et al.,

                Plaintiffs,

V.

Ace Wholesale, INC., et al.,

                Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL ACTION**

Case Number: 2:14-cv-02119-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Digitek Telecom, its principal, Gopal Agarwal, Sol Mobiles Pvt. Ltd., its principal, Avinash Gandhi, Ali Sadaqa Trading LC, its principal, Amin Ali, New WayInternational Ltd., its principal, Nigel Prince, World Mobile Co., its principal, Shirley Li, J2 International Ltd., and its principal Jacky Xie., joint and severally shall pay Plaintiffs' attorneys in the amount of $34,991.65.

| | |
|---|---|
| February 28, 2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ S. Denson |
| | (By) Deputy Clerk |