Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiffs Sprint Nextel Corporation and
Sprint Communications Company, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ACE WHOLESALE, INC, JASON FLOAREA, ERIC MANDREGER, DOMINICK LANORE, TONY ARCHIE, JOSE GENEL, BARNEY GUNN, COPATRADE, INC., and MOSHE ALEZRA, <br><br> Defendants. | Case No. 2:14-cv-02119-RFB-VCF <br><br> (Related to Civil Action 1: 12-cv-2902-JEC, N.D. Ga.) |

## **ORDER**

This matter having come before the Court on Plaintiffs' Motion for Contempt Order [ECF No. 49] and having reviewed the foregoing and having determined that (1) Digitek Telecom, (2) Sol Mobiles Pvt. Ltd., (3) World Mobile Co., (4) Ali Sadaqa Trading LLC, (5) J2 International Ltd., and (6) New Way International Ltd. (collectively, "Third Parties") and each of their respective principals had notice of the subpoenas, notice of Sprint's Motion to Compel enforcement of the subpoenas, notice of the July 2, 2015 show cause hearing, failed to comply with the Court's February 28, 2017 order to pay Sprint $34,991.65 in attorneys' fees by April 3,

2017, failed to produce documents responsive to Sprint's request for documents, failed to designate a representative for a deposition. The Court finds that the Third Parties pattern of disregarding this Court's orders supports the coercive sanction of arrest. The Court had previously warned of the possibility of such a sanction if there was a continued disregard for the Court's orders. The Third Parties and their principals have not responded to the Court's orders or motions submitted in this case. The only two principals that have been personally served in this case are Gopal Agarwal and Armin Ali. (ECF No. 12)

The Court FINDS finds Digitek Telecom, its principal, Gopal Agarwal, Sol Mobiles Pvt. Ltd., its principal, Avinash Gandhi, Ali Sadaqa Trading LC, its principal, Amin Ali, New Way International Ltd., its principal, Nigel Prince, World Mobile Co., its principal, Shirley Li, J2 International, Ltd., and its principal, Jacky Xie, in CONTEMPT.

IT IS THEREFORE ORDERED that arrest warrants are issued for Gopal Agarwal and Amin Ali, the only two principals to be personally served in this case. They shall be detained until they purge themselves of their civil contempt.

Dated: July 2, 2018.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**